No. 3669.—M. Egana, J. N. Lea and E. Dupasseur—Mrs. A. Brin-
gier, subrogated, v. M. S. Bringier—Mr. and Mrs. Tureaud,
Garnishees. (Consolidated cases).

The seizure of goods or effects in the hands of the garnishee is deemed to be made by the
sheriff at the date of the service of the interrogatories upon him. The return by the
sheriff of the *fieri facias* without returning a copy thereof, before the garnishee has
answered the interrogatories, is not therefore an abandonment of the seizure made by
the plaintiff in execution. In such a case the garnishee must answer the interrogatories
the same as if the writ of *fieri facias* or a copy thereof was still in the hands of the
sheriff.

APPEAL from the Fourth Judicial District Court, parish of Ascen-
sion. *Beauvais, J. A. Trudeau* and *Legendre & Roche*, for appel-
lees. *Trist & Oliver*, for garnishees, appellants.

Howell, J. The only question in this case is whether or not the
return by the sheriff of the *fieri facias* without retaining a copy there-
of, after service of garnishment process on garnishees, but before they
had answered, is an abandonment of the seizure by the plaintiff in
execution, so as to relieve the garnishees from answering. The ques-
tion must be answered in the negative. Article 246 C. P. directs that
upon issuing a *fieri facias* a third person may be cited to answer inter-
rogatories touching his indebtedness to or having in his possession any
property of the defendant, and he is bound to answer in the same
manner and be held liable in the same manner for his neglect or refusal
to answer, and his answers may be disproved in the same manner as
those of garnishees; and the seizure shall be deemed to be as by the
sheriff from the date of the service of the interrogatories on such person.

It is necessary for the writ of *fieri facias* to be in the sheriff's hands
at the time of the service of the petition and interrogatories, but we
are not aware of any provision of the law which makes the duty and
liability of the garnishee in such a case or the force of the seizure
depend on the retention of the writ of *fieri facias* by the sheriff. Even
in the case of seizure of property in the ordinary execution of a judg-
ment, the return of the writ without retaining a copy does not release
the seizure or impair the privilege, unless the plaintiff or the court
order the return. See R. S. § 3416.

The seizure by garnishment proceedings can not be put in any
harder condition, even if it be conceded that this provision of the
law does not apply to the latter mode of proceeding. The judge *a quo*
did not err in overruling the exception of the garnishees to answer,
and ordering them to pay.

We do not think this a case for damages for delay; and besides
appellee has asked an amendment of the judgment in her favor, and
she can not at the same time be heard to ask for damages.

Judgment affirmed.

Rehearing refused.